

# Fourth Court of Appeals
## San Antonio, Texas

October 19, 2022

No. 04-21-00487-CV

**BOZ INVESTMENT I, LLC**,
Appellant

v.

**CAVENDER & HILL PROPERTIES, INC.**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI02935
Honorable Mary Lou Alvarez, Judge Presiding

## O R D E R

On October 5, 2022, this court issued its opinion and judgment in this appeal. Appellee timely filed an unopposed motion for extension of time to file motions for rehearing and en banc reconsideration—until November 22, 2022. *See* TEX. R. APP. P. 49.9.

Appellee's motion is GRANTED. The motions are due on November 22, 2022.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of October, 2022.

_____
Michael A. Cruz,
Clerk of Court